AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
ZACHARY MICHAEL MADSEN
*Defendant*

Case No. 20-mj-158-GMH-1
Colorado Case No. 21-mj-00197-NYW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ZACHARY MICHAEL MADSEN, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ☑ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Release condition violation for failure to maintain contact with Pretrial Services.

Date: 9/30/2021

Zia M. Faruqui 2021.09.30 17:36:17 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/30/21, and the person was arrested on *(date)* 12/1/21 at *(city and state)* Denver, CO.

Date: 12/1/21

*Arresting officer's signature*

P. Bliss DEO/DSMS
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

*Pretrial Services Agency for the District of Columbia Memorandum*
*(Status Report)*

No Photo Available

**Presiding Judge:** The Honorable Michael Harvey
United States District Court

**Date:** 9/16/2021

**Name of Defendant:** Zachary M. Madsen

**Docket Number:** 20-000158-M

**Offense:** Unlawful Entry (White House Grounds)

**Release Date:** 2/9/2021

**Conditions of Release:** **USDC General Supervision**

- Report to Pretrial Services Agency (PSA) weekly Specify if other selected: Report by phone
- Third party custodian: Person Custodian name: Cynthia Madsen Custodian address: 5 Vinca Street City State,Zip: Littleton, Colorado 80127 Relationship: Mother
- Other conditions: Travel outside continental United States to be approved by the Court. Def must notify PSA of travel outside State of Colorado .
- Do not possess firearms.
- Live at 5 Vinca Street Littleton, Colorado 80127 , phone number .

**Hearing Date:** 10/04/2021

---

In accordance with Your Honor’s order dated February 9, 2021, the Pretrial Services Agency for the District of Columbia (PSA) is providing a status update of Zachary M. Madsen's compliance with the conditions of release.

**Pretrial Supervision Adjustment:**

On September 15, 2021, SPSO T. Robinson received a phone call from Cynthia Madsen the defendants third party custodian to alert PSA that the whereabouts of the defendant were unknown. Ms. Madsen indicated she last saw the defendant around 4pm on Monday September 13, 2021. Ms. Madsen informed this writer that she reached out to assigned counsel on Tuesday September 14, 2021; however, after 24 hours had not received a return call so she contacted this writer so that she did not fail to fulfill her oath as third party custodian to notify the court. The family has searched the surrounding area to no avail. When the defendant left he did not take any money, identification or means to communicate and his whereabouts remain unknown. The defendant last made telephone contact for his weekly check in with PSA on August 26, 2021.

During the investigation and attempt to locate the defendant a criminal history check revealed an arrest for shoplifting in Denver Colorado on September 14, 2021. The defendant was released on his personal recognizance with a next court date of October 5, 2021. PSA will defer to the court at this time for any additional action in this matter. Should the defendant fail to make contact with PSA by close of business on September 17, 2021, PSA will submit an updated report requesting action by the court on September 20, 2021.

**Warrant Check:**

A complete warrant and criminal history check was conducted on September 16, 2021, no outstanding warrants were located. Ms. Madsen did request a missing person alert from her local police department and it is currently active in the National Crime Information Center.

I declare under penalty of perjury that the foregoing is true and correct:

Authored and approved by: Takeysha Robinson (signature) — 9/16/2021

Takeysha Robinson — Date
Supervisor, US District Court
202-442-1002

**CONFIDENTIALITY NOTICE**

If you are not the intended recipient of this report, any review, disclosure, copying, distribution, retention, or use of this document may be unlawful. If you are not the intended recipient, please contact the Pretrial Services Agency for the District of Columbia immediately at 202-220-5500 and destroy this report and any copies thereof. If this report contains substance disorder treatment information, it has been disclosed to you from records protected by Federal confidentiality rules (42 C.F.R. Part 2). Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom the information pertains or as otherwise permitted by 42 C.F.R. Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the
information to criminally investigate or prosecute any alcohol or drug abuse patient. If this report contains mental health information, it is protected by the D.C. Mental Health Information Act (D.C. Code §§ 7-1201.01, et seq.). Any unauthorized disclosure of mental health information that may be contained in this report would violate the provisions of the Act. Further disclosure may only be made pursuant to a valid authorization by the person to whom the information pertains or as otherwise provided by the Act. The Act provides civil damages and criminal penalties for violations.

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

*Pretrial Services Agency for the District of Columbia Memorandum*
*(Petition for Warrant)*

No Photo Available

**Presiding Judge:** The Honorable Michael Harvey
United States District Court

**Date:** 9/23/2021

**Name of Defendant:** Zachary M. Madsen

**Docket Number:** 20-000158-M

**Offense:** Unlawful Entry (White House Grounds)

**Release Date:** 2/9/2021

**Conditions of Release:** **USDC General Supervision**

- Report to Pretrial Services Agency (PSA) weekly Specify if other selected: Report by phone
- Third party custodian: Person Custodian name: Cynthia Madsen Custodian address: 5 Vinca Street City State,Zip: Littleton, Colorado 80127 Relationship: Mother
- Other conditions: Travel outside continental United States to be approved by the Court. Def must notify PSA of travel outside State of Colorado .
- Do not possess firearms.
- Live at 5 Vinca Street Littleton, Colorado 80127 , phone number .

**Hearing Date:** 10/04/2021

---

The Pretrial Services Agency for the District of Columbia submits the following information to the Court regarding the defendant's noncompliance with conditions of release:

| <u>**Violation Number:**</u> | <u>**Nature of Noncompliance: Loss of Contact**</u> |
|---|---|
| 1. | **The defendant shall maintain contact as directed by the Pretrial Services Agency or supervising officer.** |

As reported to the court on September 16, 2021, the defendant remains a loss of contact with PSA as well as with his 3rd party custodian. The defendant last reported to PSA by phone on August 26, 2021. On September 13, 2021, the defendant walked away from his home and has since been declared a missing person. During the investigation and attempt to locate the defendant a criminal history check revealed an arrest for shoplifting in Denver Colorado on September 14, 2021. The defendant was released on his personal recognizance with a next court date of October 5, 2021.

**Recommendation:**

Issue a warrant and schedule a hearing on violations once the warrant is executed.

**If the court does not concur, PSA offers the following alternatives:**

Issuance of a summons and schedule a hearing.

I declare under penalty of perjury that the foregoing is true and correct:

Authored and approved by: Takeysha Robinson [signature] — 9/23/2021
Takeysha Robinson — Date
Supervisor, US District Court
202-442-1002

**CONFIDENTIALITY NOTICE**

If you are not the intended recipient of this report, any review, disclosure, copying, distribution, retention, or use of this document may be unlawful. If you are not the intended recipient, please contact the Pretrial Services Agency for the District of Columbia immediately at 202-220-5500 and destroy this report and any copies thereof. If this report contains substance disorder treatment information, it has been disclosed to you from records protected by Federal confidentiality rules (42 C.F.R. Part 2). Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom the information pertains or as otherwise permitted by 42 C.F.R. Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the
information to criminally investigate or prosecute any alcohol or drug abuse patient. If this report contains mental health information, it is protected by the D.C. Mental Health Information Act (D.C. Code §§ 7-1201.01, et seq.). Any unauthorized disclosure of mental health information that may be contained in this report would violate the provisions of the Act. Further disclosure may only be made pursuant to a valid authorization by the person to whom the information pertains or as otherwise provided by the Act. The Act provides civil damages and criminal penalties for violations.