IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-mj-00197-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ZACHARY MICHAEL MADSEN,

       Defendant.

---

## NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, through Assistant Federal Public Defender Matthew K. Belcher, enters its appearance on behalf of the Defendant, Zachary Michael Madsen.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       /s/ Matthew K. Belcher
       MATTHEW K. BELCHER
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Email:  Matthew_Belcher@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on December 3, 2021, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Jeremy S. Sibert, Assistant U.S. Attorney
Email:  jeremy.sibert@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

Zachary Michael Madsen
via mail

/s/ Matthew K. Belcher
MATTHEW K. BELCHER
Assistant Federal Public Defender
Office of the Federal Public Defender

2