IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-mj-00197-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. ZACHARY MICHAEL MADSEN,

       Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 7th day of December 2021.

                        COLE FINEGAN
                        United States Attorney

        By:    *s/ Thomas Minser*
                  THOMAS MINSER
                  Assistant United States Attorney
                  United States Attorney's Office
                  1801 California Street, Suite 1600
                  Denver, Colorado 80202
                  Telephone: 303-454-0100
                  Fax: 303-454-0405
                  Email: Thomas.Minser@usdoj.gov
                  Attorney for the Government

**CERTIFICATE OF SERVICE**

I certify that on this 7th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                         By:  *s/ Brenda L. Lozano*
                                                                   BRENDA L. LOZANO
                                                                   Legal Assistant
                                                                   United States Attorney's Office